Brenda Moody Whinery, Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA
### Tucson Division

In re:

PATRICIA A. PELLEGRINO,

      Debtor.

Bankr. Case No.: 4:20-bk-03427-BMW

Chapter 13

PATRICIA A. PELLEGRINO,

      Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

      Defendant.

Adv. Proc. No.: 4:26-ap-00043-BMW

**ORDER APPROVING STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC**

Upon consideration of the Stipulation in Settlement of Adversary Proceeding between the Plaintiff, Patricia A. Pellegrino and defendant, Navient Solutions, LLC ("Stipulation"), and good cause appearing;

IT IS HEREBY ORDERED:

1. The Stipulation, as attached hereto, is hereby approved;

2. The instant adversary proceeding is hereby dismissed, subject to the terms of the Stipulation and this Order.

**DATED AND SIGNED ABOVE**

Mary K. Farrington-Lorch AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road
Suite 100
Phoenix, AZ 85018
Telephone: (602) 254-0249
E-mail: MaryKFL@farringtonlorchlaw.com

Attorneys for Navient Solutions, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### Tucson Division

| | |
|---|---|
| In re:<br><br>PATRICIA A. PELLEGRINO,<br><br>Debtor. | Bankr. Case No.: 4:20-bk-03427-BMW<br><br>Chapter 13 |
| PATRICIA A. PELLEGRINO,<br><br>Plaintiff,<br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant. | Adv. Proc. No.: 4:26-ap-00043-BMW<br><br>**STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC** |

Plaintiff, Patricia A. Pellegrino ("Plaintiff") and Defendant, Navient Solutions, LLC ("NSL"), hereby stipulate as follows:

1. On March 30, 2020, Plaintiff filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code. A discharge of eligible debts was entered on May 14, 2025.

2. On February 27, 2026, Plaintiff filed a Complaint naming NSL as the lone Defendant, seeking a discharge of educational loan debt pursuant 11 U.S.C. § 523(a)(8).

3. The Plaintiff is indebted to NSL pursuant to the applicable terms of four (4) educational loan Promissory Notes ("Promissory Notes"), executed by the Plaintiff to obtain

educational loans ("Student Loans"), with approximate balances, as of the filing of this instant adversary proceeding, as follows:

a. one (1) educational loan initially disbursed on or about June 6, 2003, with a balance, including principal and interest, totaling $3,052.07;

b. one (1) educational loan initially disbursed on or about September 9, 2003, with a balance, including principal and interest, totaling $3,257.30;

c. one (1) educational loan initially disbursed on or about May 15, 2008, with a balance, including principal and interest, totaling $4,346.91; and

d. one (1) educational loan initially disbursed on or about September 26, 2008, with a balance, including principal and interest, totaling $12,859.24.

4. As of the filing of the instant adversary proceeding, there was a balance due and owing under the Plaintiff's Promissory Notes, including principal and interest, in the aggregate amount of approximately $23,515.52 ("Outstanding Balance"), with variable interest rates, and with interest accruing thereafter pursuant to the Plaintiff's Promissory Notes.

5. The Outstanding Balance is currently due and owing on the Promissory Notes and the Student Loans evidenced by the Promissory Notes are nondischargeable educational loans, pursuant to 11 U.S.C. § 523(a)(8).

6. For so long as the Plaintiff does not default under this Stipulation, the Outstanding Balance shall be reduced to $23,000.00 ("Reduced Balance"), and the variable interest rates shall be reduced to a fixed rate of 0% ("Reduced Interest"), and the Plaintiff shall repay the Reduced Balance at the Reduced Interest rate as follows: $200.00 per month for a period of one-hundred and fifteen (115) consecutive months. The first monthly payment is due to be received on or before **May 13, 2026**, with subsequent payments to be received on or before the **thirteenth (13th)** day of each month thereafter.

7. All payments pursuant to this Stipulation shall note the Plaintiff's ten-digit account number, ******9302 (redacted here for privacy reasons) on the payment and shall be mailed to

"MOHELA Specialty Loan Servicing, P.O. Box 9000, Wilkes-Barre, PA 18773-9000," or to any other address provided to the Plaintiff by NSL or MOHELA in writing."

8. The following shall be Events of Default hereunder: (a) the Plaintiff shall fail to make any payment due hereunder within thirty (30) days of the due date without securing NSL/MOHELA's agreement to a forbearance of such payment(s); or (b) the Plaintiff commences any further legal proceedings against NSL, MOHELA, or their predecessors, successors or assigns, seeking to discharge debt.

9. Upon the occurrence of an Event of Default under this Stipulation, pursuant to Paragraph 8 of this Stipulation, any forgiveness of the principal and interest is revoked, and the Plaintiff will be liable for the full amount of the Outstanding Balance, plus interest pursuant to the applicable terms of the Promissory Notes (less any payments made hereunder which, following default shall be applied first to interest that would have accrued had this Stipulation not been in effect, and then to principal).

10. There is no penalty for prepayment under this Stipulation but any prepayment, unless it is payment in full, does not relieve the Plaintiff of the obligation to make ongoing monthly payments.

11. In the event the Plaintiff, pursuant to applicable NSL/MOHELA policy and the terms of the Promissory Notes, qualifies for, or the parties agree to, any deferment or forbearance of payment obligations, after this Stipulation is approved, interest will continue to accrue during the time of any such deferment or forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

12. Should any issues arise, related to billing or repayment of the loans subject to this agreement, wherein the Plaintiff believes that billing or collection efforts related to the loans subject to this agreement are not in accordance with this Stipulation, the Plaintiff agrees that such

issues should be directed to a Supervisor or Manager in the Bankruptcy Litigation Unit of Navient Solutions, LLC, who may be reached at 1-800-251-4127, or to any other telephone number provided by NSL in writing, or in response to a specific borrower inquiry. The parties understand that any such communications, if not directed as specified in this Paragraph, may not be addressed in a timely manner, or in a manner specifically in accordance with this Stipulation.

13. Except as provided in this Stipulation, all other terms of the Promissory Notes remain in effect and are hereby incorporated by reference.

14. Any amendment, modification, or waiver of any term or condition of this Stipulation must be made in writing and signed by all parties hereto.

15. This Stipulation may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation.

16. Upon approval of this Stipulation, the parties agree to the dismissal of the instant adversary proceeding, subject to the terms of this Stipulation.

*[this space intentionally left blank]*

WHEREFORE, the parties pray this Honorable Court for an Order approving this

Stipulation in Settlement and dismissing the instant adversary proceeding.


STIPULATED TO BY:


_____     Dated:_____

Joshua RI Cohen
Cohen Consumer Law, PLLC
PO Box 1040
St. Albans, VT 05478
802-380-8887
Fax: 860-233-0339
Email: jcohen@thestudentloanlawyer.com
Attorneys for Plaintiff


_____     Dated: *March 13, 2026*

Mary K. Farrington-Lorch  AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road
Suite 100
Phoenix, AZ  85018
Telephone: (602) 254-0249
E-mail: MaryKFL@farringtonlorchlaw.com
Attorney for Navient Solutions, LLC

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation in Settlement and dismissing the instant adversary proceeding.

STIPULATED TO BY:

Dated: 3/13/26

Joshua RI Cohen
Cohen Consumer Law, PLLC
PO Box 1040
St. Albans, VT 05478
802-380-8887
Fax: 860-233-0339
Email: jcohen@thestudentloanlawyer.com
Attorneys for Plaintiff

Dated: _____

Mary K. Farrington-Lorch  AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road
Suite 100
Phoenix, AZ  85018
Telephone: (602) 254-0249
E-mail: MaryKFL@farringtonlorchlaw.com
Attorney for Navient Solutions, LLC